# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE Vera Scanlon　　　　　　　　　DATE : 7/13/2022

DOCKET NUMBER:　22 CR 245 (CBA)　　　　　　　　LOG # :　4:07-4:35pm crtrm 11B

DEFENDANT'S NAME :　Edison Hernandez
　　　　X　Present　　　___ Not Present　　　X　Custody　　　___ Bail

DEFENSE COUNSEL:　Barry Zone
　　　　___ Federal Defender　　___ CJA　　　X　Retained

A.U.S.A:　Gillian Kassner　　　　　　　　　　　CLERK:　SM Yuen

Court Reporter :　　　　　　　　　　　　　　　(Language)

_X_　Defendant arraigned on the: _X_ indictment ___ superseding indictment ___ probation violation

_X_　Defendant pleads NOT GUILTY to ALL counts.

_X_　BAIL HEARING Held.　_X_　Defendant's first appearance.

　　_X_　Bond set at _$1 million on consent_　Defendant _X_ released ___ held pending satisfaction of bond conditions.
　　_X_　Defendant advised of bond conditions set by the Court and signed the bond.
　　___　Surety(ies) sworn (via phone), advised of bond obligations by the Court and gave permission for the Court to sign bond on his behalf.
　　_1_　surety/ies to co-sign bond by _7/21/2022_
　　___　After hearing, Court orders detention in custody.　___ Leave to reopen granted
___　Temporary Order of Detention Issued.　Bail Hearing set for _____

___　At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_X_　Order of Excludable Delay/Speedy Trial entered.　Start _7/13/2022_　Stop _8/2/2022_

___　Medical memo issued.

___　Defendant failed to appear; bench warrant issued.

___　Status conference set for _____ @ z _____

Other Rulings :　Rule 5f order read into the record.